IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN WILLS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | CASE NO. 1:17-cv-03654-CAP-CMS<br><br>**NOTICE OF SETTLEMENT AND FIFTH CONSENT MOTION TO STAY** |
| JONATHAN SANTIAGO ROSARIO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | CASE NO. 1:17-cv-01730-CAP-CMS |

Plaintiffs Kevin Wills and Jonathan Santiago Rosario, and Defendant, Starbucks Corporation (the "Parties") hereby jointly notify this Court of their settlement in principle and request the termination of all pending deadlines, without prejudice to their reinstatement, and in support thereof, state as follows:

1.     On February 12, 2019, the Parties reached an agreement in principle to resolve this matter on a global basis. This resolves all claims in this matter as well as those in a similar matter currently pending in the Western District of Washington, *Jonathan Santiago Rosario v. Starbucks Corporation*, No. 2:16-cv-01951 RAJ [now referenced as No. 1:19-cv-01730-CAP-CMS].

2.     In this matter, per the Court's February 4, 2019 Scheduling Order and Case Management Instructions, Dkt. 29, deadlines were set, and discovery ended on May 23, 2019.

3.     Magistrate Judge Catherine M. Salinas recommended granting Plaintiff's Motion to Consider Whether Cases are Related, Dkt.34, and this Court adopted the Non-Final Report and Recommendation, Dkt. 35, and granted the Motion, Dkt. 34. [Dkt. 39].

4.     The Parties stipulate and agree that all deadlines should be stayed while they memorialize their agreement and discuss the most appropriate avenue for seeking approval of this national settlement in this Court.

WHEREFORE, the Parties respectfully request that this Honorable Court stay all deadlines without prejudice to their later postponement, if necessary.

Respectfully submitted this 10th day of July, 2019.

COUNSEL FOR PLAINTIFF
KEVIN WILLS

O'TOOLE, McLAUGHLIN,
DOOLEY & PECORA, CO. LPA

/s/ Matthew A. Dooley
Matthew A. Dooley (0081482)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone:  (440) 930-4001
Facsimile:   (440) 934-7208
Email:  mdooley@omdplaw.com


SKAAR & FEAGLE, LLP

/s/ James M. Feagle
James M. Feagle
Cliff R. Dorsen
2374 Main Street, Suite B
Tucker, Georgia 30084

SKAAR & FEAGLE, LLP

/s/ Justin T. Holcombe
Kris Skaar
Justin T. Holcombe
133 Mirramont Lake Drive
Woodstock, Georgia 30189

FRANCIS & MAILMAN, P.C.

/s/ James A. Francis
James A. Francis
Suite 2510
1600 Market St.
Philadelphia, PA 19103
215-735-8600
Fax: 215-940-8000
Email:
jfrancis@consumerlawfirm.com


FRANCIS & MAILMAN, P.C.

/s/ David A. Searles
David A. Searles
John Soumilas
Suite 2510
1600 Market St.
Philadelphia, PA 19103
215-735-8600
Fax: 215-940-8000
Email:
dsearles@consumerlawfirm.com
jsoumilas@consumerlawfirm.com

ATTORNEYS FOR DEFENDANT
STARBUCKS CORPORATION

BODKER, RAMSEY, ANDREWS,
WINOGRAD & WILDSTEIN, P.C.

/s/ Harry J. Winograd
Harry J. Winograd
Georgia Bar No. 770926
Jessica J. Wood
Georgia Bar No. 328055
One Securities Centre
3490 Piedmont Road, Suite 1400
Atlanta, Georgia 30309-3231
Telephone:  (404) 351-1615
Facsimile:   (404) 352-1282
Email:  hwinograd@brawwlaw.com
Email:  jwood@brawwlaw.com

DAVIS WRIGHT TREMAINE LLP

/s/ James E. Howard
James E. Howard
WSBA #37259
Lauren B. Rainwater
WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 622-3150
Facsimile:   (206) 757-7700
Email:  jimhoward@dwt.com
Email:  laurenrainwater@dwt.com

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2019.

_____
The Honorable Charles A. Pannell, Jr.
UNITED STATES DISTRICT COURT
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 10th day of July, 2019.

s/ Harry J. Winograd
Harry J. Winograd
Georgia Bar No. 770926
Jessica J. Wood
Georgia Bar No. 328055
One Securities Centre
3490 Piedmont Road, Suite 1400
Atlanta, Georgia 30309-3231
Telephone: (404) 351-1615
Facsimile: (404) 352-1282
Email: hwinograd@brawwlaw.com
Email: jwood@brawwlaw.com
