IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN WILLS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>*Defendant*. | Case 1:17-cv-03654-CAP-CMS |
| JONATHAN SANTIAGO ROSARIO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>*Defendant*. | Case 1:19-cv-01730-CAP-CMS |

**MOTION FOR ORDER DIRECTING NOTICE TO CLASS**

Pursuant to Fed. R. Civ. P. 23(e), and for the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiffs Kevin Wills and Jonathan Santiago Rosario move the Court for an Order Directing Notice to the Class pursuant to the Settlement Agreement that has been reached between Plaintiffs and Defendant Starbucks Corporation. For the reasons set forth in the Memorandum and the supporting documents, the Settlement is fair, reasonable and adequate and serves the best interests of the Settlement Class Members. Accordingly, Plaintiffs respectfully request that the Court (1) find that it will likely be able to approve the proposed settlement under Fed. R. Civ. P. 23(e)(2) as amended, and certify the proposed Settlement Class for purposes of judgment on the Settlement; (2) approve the form, content, and method of delivering notice to the Class as set out in the Settlement Agreement; and, (3) schedule a final approval hearing.

Defendant does not contest the requested relief.

                                                          Respectfully submitted,

Dated:   March 3, 2020          */s/ John Soumilas*
                                                    John Soumilas (*pro hac vice*)
                                                    David A. Searles (*pro hac vice*)
                                                  **FRANCIS MAILMAN SOUMILAS P.C.**
                                                 1600 Market Street, Suite 2510
                                                 Philadelphia, PA 19103
                                                 Tel: (215) 735-8600
                                                 Fax: (215) 940-8000
                                                 jsoumilas@consumerlawfirm.com
                                                 dsearles@consumerlawfirm.com

**SKAAR & FEAGLE, LLP**
James M. Feagle
Georgia Bar No. 256916
Cliff R. Dorsen
Georgia Bar No. 149254
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

Kris Skaar
Georgia Bar No. 649610
Justin T. Holcombe
Georgia Bar No. 552100
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855

**O'TOOLE, McLAUGHLIN, DOOLEY & PECORA, CO., LPA**
Matthew A. Dooley (Ohio #0081482)
Anthony R. Pecora (Ohio #0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
apecora@omdplaw.com
mdooley@omdplaw.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:   March 3, 2020                By:   */s/ John Soumilas*
                                            John Soumilas (*pro hac vice*)