# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KEVIN WILLS and JONATHAN SANTIAGO ROSARIO, on behalf of themselves and all others similarly situated, | : : : : Consolidated : Civil Action File No (s). |
| Plaintiffs, | : 1:17-cv-03654-CAP-CMS : 1:17-cv-01730-CAP-CMS |
| v. | : : **PLAINTIFFS' MOTION FOR** |
| STARBUCKS CORPORATION, | : **SERVICE AWARDS,** : **ATTORNEYS' FEES AND** |
| Defendant. | : **LITIGATION EXPENSE** : **REIMBURSEMENT** |

NOW COME Plaintiffs and Representatives of the Certified Class Kevin Wills and Jonathan Rosario, by their undersigned counsel, and move this Honorable Court for service awards, attorneys' fees and the reimbursement of litigation expenses in this matter. In support of same, Plaintiffs proffer the accompanying Memorandum of Law and the Declarations of John Soumilas, James M. Feagle, Matthew A. Dooley, Beth E. Terrell and Roy Barnes.

Dated: May 8, 2020

                                                Respectfully submitted,

                                                */s/ John Soumilas*
                                                John Soumilas (*pro hac vice*)
                                                David A. Searles (*pro hac vice*)

**FRANCIS MAILMAN SOUMILAS P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com


**SKAAR & FEAGLE, LLP**
James M. Feagle
Georgia Bar No. 256916
Cliff R. Dorsen
Georgia Bar No. 149254
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

Kris Skaar
Georgia Bar No. 649610
Justin T. Holcombe
Georgia Bar No. 552100
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600

**O'TOOLE, McLAUGHLIN, DOOLEY & PECORA, CO., LPA**
Matthew A. Dooley (Ohio #0081482)
Anthony R. Pecora (Ohio #0069660)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
apecora@omdplaw.com
mdooley@omdplaw.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

May 8, 2020                                                   /s/     *John Soumilas*