# EXHIBIT 2

Declaration of Jennifer M. Keough

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KEVIN WILLS, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>*Defendant*. | Case No. 1:17-cv-3654-CAP-CMS |
| JONATHAN SANTIAGO ROSARIO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>STARBUCKS CORPORATION,<br><br>*Defendant*. | Case No. 1:19-cv-01730-CAP-CMS |

### DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE ADMINISTRATION

I, JENNIFER M. KEOUGH, declare and state as follows:

1. I am Chief Executive Officer at JND Legal Administration ("JND"). The following statements are based on my personal knowledge and information provided to me by other JND employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

2. JND is a legal administration services provider with its headquarters located in Seattle, Washington. JND has extensive experience in all aspects of legal administration and has administered settlements in hundreds of cases. As CEO, I am

involved in all facets of JND's operation including monitoring the implementation of our notice and claims administration programs.

3. JND is serving as the Settlement Administrator in the above-captioned litigation ("Action") for the purposes of administering the Settlement Agreement and Release of Claims ("Settlement Agreement") preliminarily approved by the Court in its March 5, 2020 Order Directing Notice to the Settlement Class ("Order").

## CAFA NOTICE

4. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, JND compiled a CD-ROM containing the following documents:

    a. Class Action Complaint, filed September 20, 2017;

    b. Motion for Order Directing Notice to Class, filed March 3, 2020;

    c. Settlement Agreement and Release of Claims, including Summary Notice, Postcard Notice, Long Form Notice, Tier 2 Claim Form, Tier 3 Claim Form and [Proposed] Order of Final Approval; and

    d. Order Directing Notice to the Settlement Class, filed March 5, 2020.

5. At the time of the CAFA Notice mailing, it was not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715(b)(7). JND anticipated that the Settlement Class was sufficiently numerous as to include Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia and U.S. territories and associated states.

6. The materials identified above were accompanied by a cover letter (collectively, the "CAFA Notice Packet"). The CAFA Notice Packet was sent by FedEx overnight mail on March 13, 2020, to the appropriate federal and state officials identified in the attachment to the cover letter. A copy of the cover letter and service list attachment are attached as Exhibit A.

7. As of the date of this Declaration, JND has not received and is not aware of any objections from federal or state officials that were sent the CAFA Packet.

## CLASS MEMBER DATA

8. On March 16, 2020, counsel for Defendant provided JND an electronic file containing the names, emails, and mailing addresses of individuals identified as Class Members. The file contained a total of 8,092 records. JND analyzed the Class Member records to identify duplicates and updated Class Member address information using data from the National Change of Address (NCOA) database[1], arriving at a final total of 8,000 unique Class Members ("Class List"). The Class List was promptly loaded into a database established for the Action.

## DIRECT NOTICE TO THE CLASS

9. **Email Notice**: Pursuant to the terms of the Settlement Agreement, on April 3, 2020, JND the Summary Notice ("Email Notice") to the 7,548 Class Members with at least one valid email address. If more than one valid email address was provided for a given Class Member, JND sent the Email Notice to each email address. Of the 7,548 Class Members who were sent the Email Notice, 1,123 "bounced" or were undeliverable. A representative copy of the Email Notice is attached as Exhibit B.

10. **Mail Notice**: Pursuant to the Settlement Agreement, on April 3, 2020, JND sent via first-class U.S. mail the Postcard Notice to the 452 Class Members who did not have a valid email address. A representative copy of the Postcard Notice is attached as Exhibit C. JND also sent the Postcard Notice to the 1,123 Class Members whose Email Notices were not deliverable.

11. As of the date of this Declaration, of the 1,575 Class members who received Postcard Notices, JND has tracked 471 Postcard Notices that were returned to

---

[1] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained in the database for 48 months.

-3-
DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE ADMINISTRATION

1  JND as undeliverable without forwarding address information. In combination with the
2  original Email Notice campaign which provided a net non returned notice total that was
3  effectively sent to 6,425 Class Members, the additional Postcard mailing netted an
4  additional 1,103 Class members who received unreturned notice, for a total of 7,529
5  Class Members that were sent a Notice that was not returned. This resulted in an overall
6  deliverability rate of 94.11%.

## SETTLEMENT WEBSITE

12.   On April 3, 2020, JND established a settlement-specific website ("Settlement Website"), www.willsstarbucksclassaction.info, with information related to the Settlement including important case documents, answers to frequently asked questions, and Administrator telephone, email, and mail contact information. The website also features an online claim form for both Tier 2 and Tier 3.

13.   As of the date of this Declaration, the website has received a total of 4,691 views of the website pages and documents from 1,005 unique users. JND will continue to maintain the Settlement Website throughout the administration process.

## TOLL-FREE INFORMATION LINE

14.   On April 3, 2020, JND established a dedicated toll-free number, 888-670-1167, which individuals may call for information related to the Settlement. During business hours, callers have the opportunity to speak to a live operator familiar with the Settlement who can respond to common questions and provide assistance.

15.   As of the date of this Declaration, the toll-free line has received a total of 35 calls, of which 15 callers opted to speak with a JND operator. JND will continue to maintain the toll-free number throughout the administration process.

## OBJECTIONS

16.   The Notices informed Class Members that anyone who did not the Settlement or any part of it could submit an objection and the Court would consider it. The deadline to submit objections passed on May 18, 2020.

DECLARATION OF JENNIFER M. KEOUGH REGARDING NOTICE ADMINISTRATION

17. As of the date of this Declaration, JND has not received and is not aware of any objections.

**REQUESTS FOR EXCLUSION**

18. The Notices informed Class Members that anyone who wanted to exclude themselves from the Settlement ("opt out") could do so by submitting a written request for exclusion to JND, postmarked on or before May 18, 2020.

19. As of the date of this Declaration, JND has not received any requests for exclusion.

**CLAIMS RECEIVED**

20. **Tier 1**: The Notices informed Class Members of the three tiers of Settlement Benefits available to them. No Claim Form is required from Class Members for the Tier 1 benefit, a $125 Starbucks gift card. It will be sent to all Class Members who did not opt out of the Settlement automatically.

21. **Tier 2**: The Notices informed Class Members that they were also eligible for an additional $125 Starbucks gift card or a check in the amount of $90 if they lost a job at Starbucks because of information on their background report. Tier 2 claims must have been postmarked or submitted online on or before May 26, 2020.

22. As of the date of this Declaration, JND has received a total of 162 Tier 2 Claim Forms, which have been processed and validated as follows:
   a. 132 Tier 2 claims were timely and complete;
   b. 9 Tier 2 claims are deficient as they failed to answer all of the required questions, they were not signed, and/or they answered "no" to questions that must have been answered "yes";
   c. 21 Tier 2 claims were denied as they are either duplicative or JND was unable to verify that the claims were submitted a member of the Settlement Class.

23. **Tier 3**: The Notices also informed Class Members that they were eligible for an additional payment of $750 if they lost a job at Starbucks because of inaccurate information on their background report and they were unable to get a similar job for at least 30 days. Tier 3 claims must be postmarked or submitted online on or before August 31, 2020.

24. As of the date of this Declaration, JND has received a total of 68 Tier 3 Claim Forms. Processing of these claims is ongoing, and JND will update the Parties regarding Tier 3 claims once the deadline has passed. With the claim filing period still open for Tier 3 claims, the current numbers represent an overall claims rate of 2.9%. In JND's experience, this claims rate falls within an average range for class action settlements that provide similar benefits.

## FEES AND EXPENSES FOR ADMINISTRATION

25. JND has fulfilled its duties to date as set forth in the Settlement Agreement. As of the date of this declaration, JND estimates actual fees and expenses of $52,091. JND estimates it will cost approximately $29,576 to complete the administration of the Settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 2, 2020, at Seattle, Washington.

*/s/ Jennifer M. Keough*

JENNIFER M. KEOUGH

# EXHIBIT A



March 13, 2020


United States Attorney General
and the Appropriate Officials
Identified in Attachment A

**RE:  CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

This notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 on behalf of Starbucks Corporation, the defendant in the below-referenced class action ("the Action").  Plaintiffs' Motion for Order Directing Notice to Class was filed with the Court on March 3, 2020.  On March 5, 2020, the Court issued its Order Directing Notice to the Settlement Class and scheduled an approval hearing to take place on July 15, 2020 at 11:00 a.m.

| | |
|---|---|
| **Case Name:** | *Wills v. Starbucks Corporation* |
| **Case Number:** | 1:17-cv-03654-CAP-CMS |
| **Jurisdiction:** | U.S. District Court for the Northern District of Georgia – Atlanta Division |
| **Date Settlement filed with Court:** | March 3, 2020 |

Pursuant to 28 U.S.C. § 1715(b), the enclosed CD contains the following documents filed in the Action:

**01 - Complaint.pdf**
Class Action Complaint, filed September 20, 2017

**02 - Motion for Order Directing Notice.pdf**
Motion for Order Directing Notice to Class, filed March 3, 2020, including Memorandum of Law in Support of Motion for Order Directing Notice to Class, and attaching:

**03 - Settlement Agreement.pdf**
Settlement Agreement and Release of Claims, including Summary Notice, Postcard Notice, Long Form Notice, Tier 2 Claim Form, Tier 3 Claim Form, and [Proposed] Order of Final Approval

**04 - Order Directing Notice.pdf**
Order Directing Notice to the Settlement Class, filed March 5, 2020

At the time of this mailing, it is not feasible to provide the names of Class Members who reside in each state in accordance with 28 U.S.C. § 1715(b)(7).  In order to ensure all proper parties are notified, we are providing this notice to the appropriate state officials in all 50 states, the District of Columbia, and U.S. territories.

If you have any questions regarding the details of the case and settlement, please contact defense counsel's representative at:

>James Howard
>Lauren Rainwater
>DAVIS WRIGHT TREMAINE LLP
>920 Fifth Avenue, Suite 3300
>Seattle, WA 98104-1610

For questions regarding this notice, please contact us at:

>Wills v. Starbucks Settlement
>c/o JND Legal Administration
>PO Box 91209
>Seattle, WA 98111

Regards,

/s/

JND Legal Administration


Enclosures

*Wills v. Starbucks Corporation* Class Action, Case No. 1:17-cv-03654-CAP-CMS
CAFA Notice – Attachment A – Service List

| | |
|---|---|
| Kevin G. Clarkson<br>Office of the Attorney General<br>1031 W 4th Ave<br>Ste 200<br>Anchorage, AK  99501 | Steve Marshall<br>Office of the Attorney General<br>501 Washington Ave<br>Montgomery, AL  36104 |
| Leslie Rutledge<br>Office of the Attorney General<br>323 Center St<br>Ste 200<br>Little Rock, AR  72201 | Mark Brnovich<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ  85004 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Ste 11000<br>San Francisco, CA  94102 | Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO  80203 |
| William Tong<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT  06106 | Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE  19801 |
| Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL  32399 | Chris Carr<br>Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA  30334 |
| Clare E. Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 | Thomas J. Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109<br>Des Moines, IA  50319 |
| Lawrence G. Wasden<br>State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>Boise, ID  83720 | Kwame Raoul<br>Office of the Attorney General<br>James R. Thompson Center<br>100 W. Randolph St<br>Chicago, IL  60601 |

*Wills v. Starbucks Corporation* Class Action, Case No. 1:17-cv-03654-CAP-CMS
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Curtis T. Hill, Jr.<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W Washington St 5th Fl<br>Indianapolis, IN  46204 | Derek Schmidt<br>Office of the Attorney General<br>120 SW 10th Ave<br>2nd Fl<br>Topeka, KS  66612 |
| Daniel Cameron<br>Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118<br>Frankfort, KY  40601 | Jeff Landry<br>Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA  70802 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of the Attorney General<br>One Ashburton Pl<br>Boston, MA  02108 | Brian E. Frosh<br>Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD  21202 |
| Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St<br>Lansing, MI  48933 |
| Keith Ellison<br>Office of the Attorney General<br>445 Minnesota St<br>Suite 1400<br>St. Paul, MN  55101 | Eric Schmitt<br>Attorney General's Office<br>Supreme Court Building<br>207 W High St<br>Jefferson City, MO  65101 |
| Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS  39201 | Tim Fox<br>Office of the Attorney General<br>215 N. Sanders<br>Justice Building, Third Fl<br>Helena, MT  59601 |
| Josh Stein<br>Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC  27603 | Wayne Stenehjem<br>Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave<br>Dept. 125<br>Bismarck, ND  58505 |

*Wills v. Starbucks Corporation* Class Action, Case No. 1:17-cv-03654-CAP-CMS
CAFA Notice – Attachment A – Service List

Doug Peterson
Office of the Attorney General
2115 State Capitol
Lincoln, NE  68509

Gordon MacDonald
Office of the Attorney General
NH Department of Justice
33 Capitol St.
Concord, NH  03301

Gurbir S. Grewal
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl, West Wing
Trenton, NJ  08611

Hector Balderas
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM  87501

Aaron Ford
Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV  89701

CAFA Coordinator
Office of the Attorney General
28 Liberty St
15th Fl
New York, NY  10005

Dave Yost
Attorney General's Office
State Office Tower
30 E Broad St 14th Fl
Columbus, OH  43215

Mike Hunter
Office of the Attorney General
313 NE 21st St
Oklahoma City, OK  73105

Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St NE
Salem, OR  97301

Josh Shapiro
PA Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA  17120

Peter F. Neronha
Office of the Attorney General
150 S Main St
Providence, RI  02903

Alan Wilson
Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC  29201

Jason Ravnsborg
Office of the Attorney General
1302 E Highway 14
Ste 1
Pierre, SD  57501

Herbert H. Slatery, III
Office of the Attorney General
301 6th Ave N
Nashville, TN  37243

*Wills v. Starbucks Corporation* Class Action, Case No. 1:17-cv-03654-CAP-CMS
CAFA Notice – Attachment A – Service List

| | |
|---|---|
| Ken Paxton<br>Office of the Attorney General<br>300 W. 15th St<br>Austin, TX  78701 | Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State St Ste 230<br>Salt Lake City, UT  84114 |
| Mark R. Herring<br>Office of the Attorney General<br>202 N. Ninth St.<br>Richmond, VA  23219 | T.J. Donovan<br>Attorney General's Office<br>109 State St.<br>Montpelier, VT  05609 |
| Bob Ferguson<br>Office of the Attorney General<br>1125 Washington St SE<br>Olympia, WA  98501 | Josh Kaul<br>Attorney General's Office<br>114 E State Capitol<br>Madison, WI  53702 |
| Patrick Morrisey<br>Office of The Attorney General<br>State Capitol, 1900 Kanawha Blvd E<br>Building 1 Rm E-26<br>Charleston, WV  25305 | Bridget Hill<br>Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Ave<br>Cheyenne, WY  82002 |
| Karl A. Racine<br>Office of the Attorney General<br>441 4th St NW<br>Suite 1100<br>Washington, DC  20001 | William Barr<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530 |
| Talauega Eleasalo V. Ale<br>Department of Legal Affairs<br>A.P. Lutali Exec Ofc Bldg, 3rd Fl<br>Utulei<br>Pago Pago, AS  96799 | Leevin Taitano Camacho<br>Office of the Attorney General<br>Administration Division<br>590 S Marine Corps Dr, Suite 901<br>Tamuning, GU  96913 |
| Edward Manibusan<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950 | Dennise Noemí Longo Quiñones<br>Dpto. de Justicia de Puerto Rico<br>Calle Teniente César González 677<br>Esq. Ave. Jesús T. Piñero<br>San Juan, PR  00918 |

*Wills v. Starbucks Corporation* **Class Action, Case No. 1:17-cv-03654-CAP-CMS**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Denise N. George<br>Office of the Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building 2nd Fl<br>St. Thomas, VI  00802 | Joses R. Gallen<br>Department of Justice<br>P.O. Box PS-105<br>Palikir<br>Pohnpei State, FM  96941 |
| Office of the Attorney General<br>P.O. Box 890<br>Majuro, MH  96960 | Ernestine K. Rengiil<br>Office of the Attorney General<br>P.O. Box 1365<br>Koror, PW  96939 |

# EXHIBIT B

Date: April 3, 2020
To:
From: info@WillsStarbucksClassAction.info
Subject: Important Notice: *Wills v. Starbucks* Class Action Settlement

_____

**Claimant ID: [XXXXXX]**

**The United States District Court for the Northern District of Georgia authorized this Notice.**

**This is not a solicitation from a lawyer.**

**YOU ARE NOT BEING SUED.**

A proposed class action settlement has been reached in a lawsuit alleging that Starbucks Corporation ("Defendant") violated the Fair Credit Reporting Act by failing to provide required pre-adverse action notice to employees and job applicants. The lawsuit is *Wills v. Starbucks Corporation*, Case No. 17-cv-03654-CAP-CMS (N.D. Ga.).

The Defendant denies it violated any law, and the Court has not determined who is right. The parties have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with ongoing litigation. This notice describes your options and deadlines to act.

**YOU MAY BE ENTITLED TO MONEY FROM THE SETTLEMENT.**

**PLEASE READ THIS NOTICE.  IT DESCRIBES YOUR RIGHTS WITH
RESPECT TO THE SETTLEMENT OF THE LAWSUIT.**

**How Do I Know if I am a Class Member?** The Settlement Class includes all persons and entities who, from December 21, 2011, through and including September 19, 2017 applied for employment with Starbucks in the United States who were the subject of a consumer report that was used by Starbucks to take an adverse employment action against such applicant. Our records indicate you are a Class Member.

**What Can I Get from the Settlement?** If Court approves the Settlement, you are automatically entitled to receive the Tier 1 Benefit, a $125 Starbucks gift card. In addition, you may also submit a claim for a Tier 2 Benefit, your choice of an additional $125 gift card or a payment of $90 if you lost a job at Starbucks because of information on your background report, and a Tier 3 Benefit, an additional payment of $750 if you lost a job at Starbucks because of inaccurate information in your background report and you were unable to get a similar job for at least 30 days.

**In Addition to Receiving the $125 Gift Card, How Do I Submit a Claim for One of the Other Benefits?** To qualify for a Tier 2 Benefit and/or a Tier 3 Benefit in addition to the automatic Tier 1 Benefit, you must complete and submit a Tier 2 Claim Form and a Tier 3 Claim Form, which are available online at www.WillsStarbucksClassAction.info. You may also request Claim Forms by calling **1-888-670-1167**.  Claim Forms must be signed and postmarked or submitted through the Settlement Website by **May 26, 2020** for Tier 2 Benefits and **August 31, 2020** for Tier 3 Benefits.

**Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **May 18, 2020**. If you stay in the Settlement Class, you may object to it by **May 18, 2020**. The Court will hold a hearing on **July 15, 2020** to consider whether to approve the Settlement and a request by Class Counsel for attorneys' fees and costs of up to $1,285,000 and service awards totaling $10,000 for each of the two Class Representatives. The Court may award less than these amounts. Detailed information about the Settlement, including specific instructions about how to object to or exclude yourself from the Settlement, is available at www.WillsStarbucksClassAction.info.

**For more information**, including a more detailed notice, specific instructions on how to object to or exclude yourself from the Settlement, electronic Claim Forms, a copy of the Settlement Agreement, which includes a full description of the release of claims against Defendants, and other court documents, please visit the Settlement Website at www.WillsStarbucksClassAction.info, call 1-888-670-1167, or write to the Settlement Administrator at Wills v. Starbucks Settlement, c/o JND Legal Administration, PO Box 91209, Seattle, WA 98111. ***Para información en Español, por favor marque* 1-888-670-1167.**

# EXHIBIT C

Wills v. Starbucks Settlement
c/o JND Legal Administration
PO Box 91209
Seattle, WA 98111

**The United States District Court for the Northern District of Georgia authorized this notice.**

**This is not a solicitation from a lawyer.**

**YOU ARE NOT BEING SUED**

**YOU MAY BE ENTITLED TO MONEY FROM THE SETTLEMENT.  PLEASE READ THIS NOTICE.  IT DESCRIBES YOUR RIGHTS WITH RESPECT TO THE SETTLEMENT OF THE LAWSUIT.**

Claimant ID:

NAME
ADDRESS

CITY, ST ZIP CODE

A proposed class action settlement has been reached in a lawsuit alleging that Starbucks Corporation ("Defendant") violated the Fair Credit Reporting Act by failing to provide required pre-adverse action notice to employees and job applicants. The lawsuit is *Wills v. Starbucks Corporation*, Case No. 17-cv-03654-CAP-CMS (N.D. Ga.). The Defendant denies it violated any law, and the Court has not determined who is right. The parties have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with ongoing litigation. This notice describes your options and deadlines to act.

**How Do I Know if I am a Class Member?** The Settlement Class includes all persons and entities who, from December 21, 2011, through and including September 19, 2017 applied for employment with Starbucks in the United States who were the subject of a consumer report that was used by Starbucks to take an adverse employment action against such applicant. Our records indicate you are a class member.

**What Can I Get from the Settlement?** If Court approves the Settlement, you are automatically entitled to receive the Tier 1 Benefit, a $125 Starbucks gift card. In addition, you may also submit a claim for a Tier 2 Benefit, your choice of an additional $125 gift card or a payment of $90 if you lost a job at Starbucks because of information on your background report, and a Tier 3 Benefit, an additional payment of $750 if you lost a job at Starbucks because of inaccurate information in your background report and you were unable to get a similar job for at least 30 days.

**In Addition to Receiving the $125 Gift Card, How Do I Submit a Claim for One of the Other Benefits?** To qualify for a Tier 2 Benefit and/or a Tier 3 Benefit in addition to the automatic Tier 1 Benefit, you must complete and submit a Tier 2 Claim Form by May 26, 2020 for Tier 2 Benefits and a Tier 3 Claim Form by August 31, 2020 for Tier 3 Benefits. Claim Forms are available online at www.WillsStarbucksClassAction.info.

**Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **May 18, 2020**. If you stay in the Settlement Class, you may object to it by **May 18, 2020**. The Court will hold a hearing on **July 15, 2020** to consider whether to approve the Settlement and a request by Class Counsel for attorneys' fees and costs of up to $1,285,000 and service awards totaling $10,000 for each of the two Class Representatives. The Court may award less than these amounts. Detailed information about the Settlement, including specific instructions about how to object to or exclude yourself from the Settlement, are available at www.WillsStarbucksClassAction.info.

**For more information**, including a more detailed notice, specific instructions on how to object to or exclude yourself from the Settlement, a electronic Claim Forms, a copy of the Settlement Agreement, which includes a full description of the release of claims against Defendant, and other court documents, please visit the Settlement Website at www.WillsStarbucksClassAction.info, call 1-888-670-1167, or write to the Settlement Administrator at Wills v. Starbucks Settlement, c/o JND Legal Administration, PO Box 91209, Seattle, WA 98111. *Para información en Español, por favor marque* **1-888-670-1167.**

*Carefully separate this Address Change Form at the perforation*
Name: _____
Address: _____
_____
_____



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 985    SEATTLE, WA

POSTAGE WILL BE PAID BY ADDRESSEE

WILLS V. STARBUCKS SETTLEMENT
C/O JND LEGAL ADMINISTRATION
PO BOX 91209
SEATTLE WA 98111-9845

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES