IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN WILLS and JONATHAN SANTIAGO ROSARIO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Consolidated<br>Civil Action File No (s).<br>1:17-cv-03654-CAP-CMS<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SERVICE AWARDS, ATTORNEYS' FEES AND LITIGATION EXPENSE REIMBURSEMENT** |

AND NOW upon consideration of the Unopposed Plaintiffs' Motion for Service Awards, Attorneys' Fees and Litigation Expense Reimbursement, and upon the Court's finding that the Service Awards are reasonable, the Attorneys' Fees are based upon a reasonable number of hours and upon reasonable hourly rates, and that the requested litigation expenses were reasonably incurred. It is hereby ordered as follows:

  A. Class Counsel is awarded fees and expenses in the total amount of $1,265,000.00;

  B. Plaintiff Jonathan Rosario is awarded $10,000.00 for his service to the Settlement Class;

  C. Plaintiff Kevin Wills is awarded $10,000.00 for his service to the Settlement Class;

  D. Defendant shall pay all such sums in accordance with the terms of the Settlement Agreement.

            BY THE COURT:

Dated: July 15, 2020      /s/CHARLES A. PANNELL, JR.
            HON. CHARLES A. PANNELL, JR.
            UNITED STATES DISTRICT JUDGE