## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**KEVIN WILLS, on behalf of himself and all others similarly situated,**

  *Plaintiff,*

    vs.

**STARBUCKS CORPORATION,**

  *Defendant.*

**Case 1:17-cv-03654-CAP-CMS**

**JONATHAN SANTIAGO ROSARIO, on behalf of himself and all others similarly situated,**

  *Plaintiff,*

    vs.

**STARBUCKS CORPORATION,**

  *Defendant.*

## FINAL JUDGMENT

  This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, and the court having GRANTED said motion and having issued an Order of Final Approval, it is

  Ordered and Adjudged that the action be DISMISSED on the merits with prejudice and without costs.

  Dated at Atlanta, Georgia, this 17th day of July, 2020.

          JAMES N. HATTEN
          CLERK OF COURT

      By: s/Traci Clements Campbell
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 17, 2020
James N. Hatten
Clerk of Court

By: s/Traci Clements Campbell
  Deputy Clerk